**UNITED STATES OF AMERICA,**
Plaintiff–Appellee,

v.

**Hector German RODRIGUEZ,**
Defendant–Appellant.

No. 99–50648.
D.C. No. CR–99–00724–BTM.

United States Court of Appeals,
Ninth Circuit.

May 3, 2001.

Before KOZINSKI and TALLMAN, Circuit Judges, and WINMILL, District Judge.*

**ORDER**

Submission of Rodriguez's *Apprendi* claim is deferred pending this court's deci-

* The Honorable B. Lynn Winmill, Chief United States District Judge for the District of Idaho, sitting by designation.
* The Honorable John M. Duhé Jr., Senior Circuit Judge for the Fifth Circuit, sitting by designation.

sion in *United States v. Buckland,* 259 F.3d 1157 (9th Cir.2001).